UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:18-cr-64-FtM-38CM

ALEXANDER M. ALONSO

## ORDER

Before the Court is Defendant Alexander M. Alonso's Motion for Early Termination. (Doc. 32). On October 9, 2018, Defendant was sentenced to one-year probation, in addition to fifty hours of community service, restitution, special assessments, and mandatory random drug testing. Defendant has completed about nine months of the twelve-month probation term, as well as successfully completed all other terms and conditions imposed by the Court. The Government filed a response to defendant's motion for early termination indicating they do not oppose defendant's motion and that the United States Probation Office does not object to early termination of the probation and the government has no objection to the defendant's motion. (Doc. 33).

Having considered the facts above, the Court finds Defendant has satisfied the conditions of his probation. It thus grants his motion to terminate his probation early.

Accordingly, it is

**ORDERED:**

Defendant Alexander M. Alonso's Motion for Early Termination (Doc. 32) is **GRANTED**.

**DONE AND ORDERED** at Fort Myers, Florida on this 21st day of August 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record